IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ZACKARY K. SALAS, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:06-cv-114(CDL) |
| L. STEPHEN BENTON, Warden of Central State Prison, | * | |
| | * | |
| Respondent. | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 22, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 6th day of August, 2007.

                                                  S/Clay D. Land
                                                    CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE